# EXHIBIT 1

 

Civil Docket Report

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| **Case ID:** | 211000057 |
| **Case Caption:** | GRIFFIN VS BETELHEM ETAL |
| **Filing Date:** | Monday , October 04th, 2021 |
| **Court:** | MAJOR JURY-EXPEDITED |
| **Location:** | CITY HALL |
| **Jury:** | JURY |
| **Case Type:** | MOTOR VEHICLE ACCIDENT |
| **Status:** | LISTED FOR SETTLEMENT CONF |

## Related Cases

No related cases were found.

## Case Event Schedule

| Event | Date/Time | Room | Location | Judge |
|---|---|---|---|---|
| PROJECTED SETTLEMENT CONF DATE | 05-SEP-2022 09:00 AM | CITY HALL | COURTROOM 480 | COHEN, DENIS P |
| PROJECTED PRE-TRIAL CONF. DATE | 07-NOV-2022 09:00 AM | CITY HALL | COURTROOM 480 | COHEN, DENIS P |
| PROJECTED TRIAL DATE | 05-DEC-2022 09:00 AM | CITY HALL | COURTROOM 480 | COHEN, DENIS P |

## Case motions

| Motion | Assign/Date | Control No | Date/Received | Judge |
|---|---|---|---|---|
| DISCOVERY MOTION FILED | *pending* | 22071235 | 07-JUL-2022 | COHEN, DENIS P |

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | LALLI, MICHAEL P |
| **Address:** 1500 MARKET STREET CENTRE SQUARE - WEST TOWER SUITE 4060 | | **Aliases:** | none | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | PHILADELPHIA PA 19102<br>(215)564-1414<br>mlalli@stslawfirm.com | |
| | 2 | | 1 | PLAINTIFF | GRIFFIN, JULLIAN |
| **Address:** | 5122 N. BROAD STREET<br>PHILDELPHIA PA 19141 | | **Aliases:** | none | |
| | 3 | | 7 | DEFENDANT | BETELHEM, TAYE |
| **Address:** | 12806 EPPING TERRACE<br>SILVER SPRING MD 20906 | | **Aliases:** | none | |
| | 4 | | | DEFENDANT | DOORDASH INC |
| **Address:** | 901 MARKET STREET<br>SAN FRANCISCO CA 94103 | | **Aliases:** | none | |
| | 5 | | 30-NOV-2021 | TEAM LEADER | ANDERS, DANIEL J |
| **Address:** | 529 CITY HALL<br>PHILADELPHIA PA 19107 | | **Aliases:** | none | |
| | 6 | | | TEAM LEADER | COHEN, DENIS P |
| **Address:** | 656 CITY HALL<br>PHILADELPHIA PA 19107 | | **Aliases:** | none | |
| | 7 | | | ATTORNEY FOR DEFENDANT | MERCOGLIANO, GUY |
| **Address:** | 1515 MARKET ST.<br>19TH FLOOR<br>PHILADELPHIA PA 19102<br>(215)563-9811<br>guy.mercogliano@sweeneyfirm.com | | **Aliases:** | none | |
| | 8 | | | ATTORNEY FOR DEFENDANT | VOGEL JR., LOUIS J |
| **Address:** | 1515 MARKET STREET<br>STE. 1900<br>PHILADELPHIA PA 19102 | | **Aliases:** | none | |

| | | | |
|---|---|---|---|
| (215)563-9811<br>louis.vogel@sweeneyfirm.com | | | |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/ Entry Date |
|---|---|---|---|---|
| 04-OCT-2021<br>12:02 PM | ACTIVE CASE | | | 04-OCT-2021<br>12:03 PM |
| **Docket Entry:** | E-Filing Number: 2110004043 | | | |
| | | | | |
| 04-OCT-2021<br>12:02 PM | COMMENCEMENT CIVIL ACTION JURY | LALLI, MICHAEL P | | 04-OCT-2021<br>12:03 PM |
| **Documents:** | Click link(s) to preview/purchase the documents<br>Final Cover | | | |
| **Docket Entry:** | none. | | | |
| | | | | |
| 04-OCT-2021<br>12:02 PM | COMPLAINT FILED NOTICE GIVEN | LALLI, MICHAEL P | | 04-OCT-2021<br>12:03 PM |
| **Documents:** | Click link(s) to preview/purchase the documents<br>Complaint 10-4-21.pdf | | | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. | | | |
| | | | | |
| 04-OCT-2021<br>12:02 PM | JURY TRIAL PERFECTED | LALLI, MICHAEL P | | 04-OCT-2021<br>12:03 PM |
| **Docket Entry:** | 12 JURORS REQUESTED. | | | |
| | | | | |
| 04-OCT-2021<br>12:02 PM | WAITING TO LIST CASE MGMT CONF | LALLI, MICHAEL P | | 04-OCT-2021<br>12:03 PM |
| **Docket Entry:** | none. | | | |
| | | | | |
| 13-OCT-2021<br>02:51 PM | AFFIDAVIT OF SERVICE FILED | LALLI, MICHAEL P | | 13-OCT-2021<br>02:51 PM |
| **Documents:** | Click link(s) to preview/purchase the documents<br>Affidavit of Service of Taye.pdf<br>E Green Card of Taye-Delivered.PDF | | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON TAYE BETELHEM, MICHAEL P LALLI AND JULLIAN GRIFFIN BY CERTIFIED MAIL ON 10/07/2021 FILED. (FILED ON BEHALF OF JULLIAN GRIFFIN) | | | |

| 22-OCT-2021 11:58 AM | PRAECIPE TO REINSTATE CMPLT | LALLI, MICHAEL P | | 22-OCT-2021 11:59 AM |
|---|---|---|---|---|
| **Documents:** | 📄 Click link(s) to preview/purchase the documents<br>Praecipe to Reinstate Cmp 10-22-21.pdf<br>Complaint- Filed 10-4-21.pdf | | | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 REINSTATED. (FILED ON BEHALF OF JULLIAN GRIFFIN) | | | |
| | | | | |
| 11-NOV-2021 09:34 AM | PRAECIPE TO REINSTATE CMPLT | LALLI, MICHAEL P | | 12-NOV-2021 09:58 AM |
| **Documents:** | 📄 Click link(s) to preview/purchase the documents<br>Praecipe to Reinstate Cmp 11-11-21.pdf<br>Complaint- Filed 10-4-21.pdf | | | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 REINSTATED. (FILED ON BEHALF OF JULLIAN GRIFFIN) | | | |
| | | | | |
| 01-DEC-2021 09:30 AM | PRAECIPE TO REINSTATE CMPLT | LALLI, MICHAEL P | | 01-DEC-2021 09:37 AM |
| **Documents:** | 📄 Click link(s) to preview/purchase the documents<br>Praecipe to Reinstate Cmp 12-1-21.pdf<br>Complaint- Filed 10-4-21.pdf | | | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 REINSTATED. (FILED ON BEHALF OF JULLIAN GRIFFIN) | | | |
| | | | | |
| 21-DEC-2021 12:36 PM | PRAECIPE TO REINSTATE CMPLT | LALLI, MICHAEL P | | 21-DEC-2021 12:37 PM |
| **Documents:** | 📄 Click link(s) to preview/purchase the documents<br>Praecipe to Reinstate Cmp 12-21-21.pdf<br>Complaint- Filed 10-4-21.pdf | | | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 REINSTATED. (FILED ON BEHALF OF JULLIAN GRIFFIN) | | | |
| | | | | |
| 04-JAN-2022 04:33 PM | ANSWER TO COMPLAINT FILED | MERCOGLIANO, GUY | | 05-JAN-2022 11:13 AM |
| **Documents:** | 📄 Click link(s) to preview/purchase the documents<br>Griffin - Answer to Complaint.pdf | | | |
| **Docket Entry:** | ANSWER WITH NEW MATTER TO PLAINTIFF'S COMPLAINT FILED. (FILED ON BEHALF OF TAYE BETELHEM) ENTRY OF APPEARANCE FILED ON BEHALF | | | |

| | | | | |
|---|---|---|---|---|
| | OF TAYE BETELHEM. | | | |
| 06-JAN-2022 11:22 AM | REPLY TO NEW MATTER | LALLI, MICHAEL P | | 06-JAN-2022 12:55 PM |
| **Documents:** | Click link(s) to preview/purchase the documents<br>Reply to NM of Deft Taye.pdf | | | |
| **Docket Entry:** | REPLY TO NEW MATTER OF TAYE BETELHEM FILED. (FILED ON BEHALF OF JULLIAN GRIFFIN) | | | |
| 07-JAN-2022 12:24 PM | PRAECIPE TO REINSTATE CMPLT | LALLI, MICHAEL P | | 10-JAN-2022 02:26 PM |
| **Documents:** | Click link(s) to preview/purchase the documents<br>Praecipe to Reinstate Cmp 1-7-22.pdf<br>Complaint- Filed 10-4-21.pdf | | | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 REINSTATED. (FILED ON BEHALF OF JULLIAN GRIFFIN) | | | |
| 10-JAN-2022 09:26 AM | LISTED FOR CASE MGMT CONF | | | 10-JAN-2022 09:26 AM |
| **Docket Entry:** | none. | | | |
| 12-JAN-2022 12:29 AM | NOTICE GIVEN | | | 12-JAN-2022 12:29 AM |
| **Docket Entry:** | OF CASE MANAGEMENT CONFERENCE SCHEDULED FOR 24-JAN-2022. | | | |
| 24-JAN-2022 02:55 PM | CASE MGMT CONFERENCE COMPLETED | GIAMPAOLO, ANTHONY | | 24-JAN-2022 02:55 PM |
| **Docket Entry:** | none. | | | |
| 24-JAN-2022 02:55 PM | CASE MANAGEMENT ORDER ISSUED | | | 24-JAN-2022 02:55 PM |
| **Documents:** | Click link(s) to preview/purchase the documents<br>CMOIS_17.pdf | | | |
| **Docket Entry:** | CASE MANAGEMENT ORDER EXPEDITED TRACK - AND NOW, 24-JAN-2022, it is Ordered that: 1. The case management and time standards adopted for expedited track cases shall be applicable to this case and are hereby incorporated into this Order. 2. All discovery on the above matter shall be completed not later than 01-AUG-2022. 3. Plaintiff shall identify and submit curriculum vitae and expert reports of all expert witnesses intended to testify at trial to all other parties not later than 01-AUG-2022. 4. Defendant and any additional defendants shall identify and submit | | | |

| | | | | |
|---|---|---|---|---|
| | curriculum vitae and expert reports of all expert witnesses intended to testify at trial not later than 05-SEP-2022. 5. All pre-trial motions shall be filed not later than 05-SEP-2022. 6. A settlement conference may be scheduled at any time after 05-SEP-2022. Prior to the settlement conference all counsel shall serve all opposing counsel and file a settlement memorandum containing the following: (a) A concise summary of the nature of the case if plaintiff or of the defense if defendant or additional defendant;(b) A statement by the plaintiff or all damages accumulated, including an itemization of injuries and all special damages claimed by categories and amount; (c) Defendant shall identify all applicable insurance carriers, together with applicable limits of liability. 7. A pre-trial conference will be scheduled any time after 07-NOV-2022. Fifteen days prior to pre-trial conference, all counsel shall serve all opposing counsel and file a pre-trial memorandum containing the following: (a) A concise summary of the nature of the case if plaintiff or the defense if defendant or additional defendant; (b) A list of all witnesses who may be called to testify at trial by name and address. Counsel should expect witnesses not listed to be precluded from testifying at trial; (c) A list of all exhibits the party intends to offer into evidence. All exhibits shall be pre-numbered and shall be exchanged among counsel prior to the conference. Counsel should expect any exhibit not listed to be precluded at trial; (d) Plaintiff shall list an itemization of injuries or damages sustained together with all special damages claimed by category and amount. This list shall include as appropriate, computations of all past lost earnings and future lost earning capacity or medical expenses together with any other unliquidated damages claimed; and (e) Defendant shall state its position regarding damages and shall identify all applicable insurance carriers, together with applicable limits of liability; (f) Each counsel shall provide an estimate of the anticipated length of trial. 8. It is expected that the case will be ready for trial 05-DEC-2022, and counsel should anticipate trial to begin expeditiously thereafter. 9. All counsel are under a continuing obligation and are hereby ordered to serve a copy of this order upon all unrepresented parties and upon all counsel entering an appearance subsequent to the entry of this order. ...BY THE COURT: DENIS COHEN, J. | | | |
| | | | | |
| 24-JAN-2022 02:55 PM | LISTED FOR SETTLEMENT CONF | | | 24-JAN-2022 02:55 PM |
| **Docket Entry:** | none. | | | |
| | | | | |
| 24-JAN-2022 02:55 PM | LISTED FOR PRE-TRIAL CONF | | | 24-JAN-2022 02:55 PM |
| **Docket Entry:** | none. | | | |
| | | | | |
| 24-JAN-2022 02:55 PM | LISTED FOR TRIAL | | | 24-JAN-2022 02:55 PM |
| **Docket Entry:** | none. | | | |
| | | | | |
| 24-JAN-2022 02:55 PM | NOTICE GIVEN UNDER RULE 236 | | | 25-JAN-2022 12:14 PM |
| **Docket Entry:** | NOTICE GIVEN ON 25-JAN-2022 OF CASE MANAGEMENT ORDER ISSUED ENTERED ON 24-JAN-2022. | | | |

| | | | | |
|---|---|---|---|---|
| 27-JAN-2022 11:27 AM | PRAECIPE TO REINSTATE CMPLT | LALLI, MICHAEL P | | 27-JAN-2022 11:27 AM |
| **Documents:** | Click link(s) to preview/purchase the documents<br>Praecipe to Reinstate Cmp 1-27-22.pdf<br>Complaint- Filed 10-4-21.pdf | | | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 REINSTATED. (FILED ON BEHALF OF JULLIAN GRIFFIN) | | | |
| 16-FEB-2022 01:15 PM | PRAECIPE TO REINSTATE CMPLT | LALLI, MICHAEL P | | 16-FEB-2022 01:15 PM |
| **Documents:** | Click link(s) to preview/purchase the documents<br>Praecipe to Reinstate Cmp 2-16-22.pdf<br>Complaint- Filed 10-4-21.pdf | | | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 REINSTATED. (FILED ON BEHALF OF JULLIAN GRIFFIN) | | | |
| 08-MAR-2022 09:22 AM | PRAECIPE TO REINSTATE CMPLT | LALLI, MICHAEL P | | 08-MAR-2022 11:08 AM |
| **Documents:** | Click link(s) to preview/purchase the documents<br>Praecipe to Reinstate Cmp 3-8-22.pdf<br>Complaint- Filed 10-4-21.pdf | | | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 REINSTATED. (FILED ON BEHALF OF JULLIAN GRIFFIN) | | | |
| 28-MAR-2022 09:04 AM | PRAECIPE TO REINSTATE CMPLT | LALLI, MICHAEL P | | 28-MAR-2022 01:49 PM |
| **Documents:** | Click link(s) to preview/purchase the documents<br>Praecipe to Reinstate Cmp 3-28-22.pdf<br>Complaint- Filed 10-4-21.pdf | | | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 REINSTATED. (FILED ON BEHALF OF JULLIAN GRIFFIN) | | | |
| 18-APR-2022 03:02 PM | PRAECIPE TO REINSTATE CMPLT | LALLI, MICHAEL P | | 19-APR-2022 09:45 AM |
| **Documents:** | Click link(s) to preview/purchase the documents<br>Praecipe to Reinstate Cmp 4-18-22.pdf<br>Complaint- Filed 10-4-21.pdf | | | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER | | | |

| | | | | |
|---|---|---|---|---|
| | | SERVICE IN ACCORDANCE WITH RULE 1018.1 REINSTATED. (FILED ON BEHALF OF JULLIAN GRIFFIN) | | |
| 06-MAY-2022 11:02 AM | PRAECIPE TO REINSTATE CMPLT | LALLI, MICHAEL P | | 06-MAY-2022 11:08 AM |
| **Documents:** | 📄 Click link(s) to preview/purchase the documents<br>Complaint- Filed 10-4-21.pdf<br>Praecipe to Reinstate Cmp 5-6-22.pdf | | | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 REINSTATED. (FILED ON BEHALF OF JULLIAN GRIFFIN) | | | |
| 26-MAY-2022 10:39 AM | PRAECIPE TO REINSTATE CMPLT | LALLI, MICHAEL P | | 26-MAY-2022 10:52 AM |
| **Documents:** | 📄 Click link(s) to preview/purchase the documents<br>Praecipe to Reinstate Cmp 5-26-22.pdf<br>Complaint- Filed 10-4-21.pdf | | | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 REINSTATED. (FILED ON BEHALF OF JULLIAN GRIFFIN) | | | |
| 14-JUN-2022 08:38 AM | PRAECIPE TO REINSTATE CMPLT | LALLI, MICHAEL P | | 14-JUN-2022 10:22 AM |
| **Documents:** | 📄 Click link(s) to preview/purchase the documents<br>Praecipe to Reinstate Cmp 6-14-22.pdf<br>Complaint- Filed 10-4-21.pdf | | | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 REINSTATED. (FILED ON BEHALF OF JULLIAN GRIFFIN) | | | |
| 28-JUN-2022 12:24 PM | AFFIDAVIT OF SERVICE FILED | LALLI, MICHAEL P | | 28-JUN-2022 02:22 PM |
| **Documents:** | 📄 Click link(s) to preview/purchase the documents<br>E-Green Card.pdf<br>Affidavit of Service- DoorDash.pdf | | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON DOORDASH INC BY CERTIFIED MAIL ON 06/21/2022 FILED. (FILED ON BEHALF OF JULLIAN GRIFFIN) | | | |
| 07-JUL-2022 02:41 PM | DISCOVERY MOTION FILED | VOGEL JR., LOUIS J | | 07-JUL-2022 03:00 PM |
| **Documents:** | 📄 Click link(s) to preview/purchase the documents<br>MTC Plaintiffs Discovery Responses.pdf | | | |

| | |
|---|---|
| **Docket Entry:** | 35-22071235 MOTION TO COMPEL ANSWERS AND PRODUCTION OF DOCUMENTS. CERTIFICATION DUE DATE: 07/14/2022. RESPONSE DATE: 07/21/2022. (FILED ON BEHALF OF TAYE BETELHEM) |

▶ Case Description    ▶ Related Cases    ▶ Event Schedule    ▶ Case Parties    ▶ Docket Entries

[Search Home]